UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSE LUIS VELAZQUEZ VELAZQUEZ,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN RAYCRAFT, et al.,<br><br>    Respondents. | Case No. 25-cv-13675<br><br>Honorable Robert J. White |

**ORDER SETTING BRIEFING SCHEDULE ON AMENDED PETITION**
**(ECF NO. 12)**

Petitioner Jose Luis Velazquez Velazquez filed his amended petition for a writ of habeas corpus on December 16, 2025. (ECF No. 12). The amended petition added as a respondent the Monroe County Sheriff Troy Goodnough. (*Id.* at PageID.160). Under Michigan law, Sheriff Goodnough has the ultimate authority over the jails and their prisoners within the county, (*id.*). *See* Mich. Comp. Laws § 51.75 ("The sheriff shall have the charge and custody of the jails of his county, and of the prisoners in the same."). Counsel for Velazquez Velazquez certified that she served Goodnough on December 16, 2025 through certified mail. (ECF No. 12, PageID.175).

Now that Velazquez Velazquez has named the proper respondent, *see* ECF No. 11, PageID.150–51, the Court will set a briefing schedule. Accordingly,

IT IS ORDERED that all Respondents must respond to Velazquez Velazquez's petition within fourteen days of this order.

IT IS FURTHER ORDERED that Velazquez Velazquez must file his reply within seven days of Respondents' responses.

IT IS FURTHER ORDERED that because counsel has yet to appear on behalf of Goodnough, Velazquez Velazquez must serve a copy of this order on Goodnough.

Dated: December 18, 2025          s/Robert J. White  
                                                     Robert J. White  
                                                     United States District Judge