UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE LUIS VELAZQUEZ
VELAZQUEZ,

    Petitioner,

v.

KEVIN RAYCRAFT, in his official capacity as Immigration and Customs Enforcement, Acting Director of Detroit Field Office, Enforcement and Removal Operations, et al.,

    Respondents.

Case No. 25-cv-13675

Honorable Robert J. White

## JUDGMENT

The Court has granted the amended petition for a writ of habeas corpus.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for petitioner and against respondent. Costs to be permitted in accordance with law.

IT IS FURTHER ORDERED AND ADJUDGED that the Court will retain jurisdiction for sole purpose of effectuating this judgment.

                                         KINIKIA D. ESSIX
                                         CLERK OF COURT

                                         By:  s/Tara Villereal_____
                                                Deputy Clerk

February 17, 2026

Approved: s/Robert J. White
              Robert J. White
              United States District Judge